# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re Xcel Energy, Inc., Securities, Derivative & "ERISA" Litigation | Master File: Civil 02-2677 (DSD/FLN) MDL No. 1511 |

This document relates to:

THE SECURITIES ACTIONS
(Numbers 02-2677, 02-2774, 02-2787, 02-2832, 02-2889, 02-2921, 02-2933, 02-3053, 02-3508, 02-3574, 02-3715, 02-3755, and 02-3798)

___

**DECLARATION OF JEFFREY D. BORES IN SUPPORT OF THE MOTION FOR FINAL APPROVAL OF THE SETTLEMENT AND THE MOTION FOR AN AWARD OF ATTORNEY FEES, REIMBURSEMENT OF EXPENSES, AND AN AWARD TO LEAD PLAINTIFFS**
___

Jeffrey D. Bores declares and states, under penalties of perjury, that the following is true and correct to the best of his knowledge, information, and belief:

1. I am a partner in the law firm of Chestnut & Cambronne, P.A., which is one of Plaintiffs' Co-Lead Counsel in this securities class action. I submit this Declaration in support of the Motion for Final Approval of the Settlement and the Motion for an Award of Attorney Fees, Reimbursement of Expenses, and an Award to Lead Plaintiffs. The purpose of this Declaration is to provide the Court with copies of unpublished cases cited in the Memorandum of Law supporting this motion.

2. Attached are true and correct copies of the following case:

- Exhibit A: *In re Employee Benefit Plans Sec. Litig.*, Civil No. 3-92-708, 1993 WL 330595 (D. Minn. June 2, 1993).

- Exhibit B: *Snell v. Allianz Life Ins. Co. of N. Am.*, No. 97-2784 RLE, 2000 WL 1336640 (D. Minn. Sept. 8, 2000).

- Exhibit C: *Gordon v. Am. Adjustable Rate Term Trust*, No. 4-95-666 (D. Minn. Sept. 3, 1996) (Doty, J.).

- Exhibit D: *In re Control Data Sec. Litig.*, No. 3-85-1341 (D. Minn. Sept. 23, 1994) (Rosenbaum, J.).

- Exhibit E: *First Presbyterian Church v. John G. Kinnard & Co.*, No. 3-94-1024 (D. Minn. Dec. 12, 1995) (Davis, J.).

- Exhibit F: *In re LaserMaster Tech., Inc. Sec. Litig.*, No. 4-95-CV-631 (D. Minn. Oct. 9, 1997) (Rosenbaum, J.).

- Exhibit G: *In re Ancor Communications, Inc. Sec. Litig.*, No. 97-CV-1696 ADM/JGL (D. Minn. Feb. 5, 1999) (Montgomery, J.).

- Exhibit H: *KK Motors v. Brunswick Corp.*, No. 98-2307 (JRT/RLE) (D. Minn. Mar. 6, 2000) (Tunheim, J.).

- Exhibit I: *In re Monosodium Glutamate Antitrust Litig.*, No. MDL 00-1328 (PAM/JGL), 2003 WL 297276 (D. Minn. Feb. 6, 2003) (Magnuson, J.).

- Exhibit J: *In re Select Comfort Corp. Sec. Litig.*, No. 99-884 (D. Minn. Feb. 28, 2003) (awarding $33\frac{1}{3}$% of the $5,750,000 settlement plus $414,633.19 in expenses) (Doty, J.) (Bores Decl. Ex. J).

- Exhibit K: *In re E.W. Blanch Holdings, Inc. Sec. Litig.* No. 01-258 (JNE/JGL) (D. Minn. June 16, 2003) (Erickson, J.).

- Exhibit L: *Cooper v. Miller Johnson Steichen Kinnard, Inc.*, No. 02-CV-1236 RHK/AJB (D. Minn. July 22, 2003) (Kyle, J.) (Bores Decl. Ex. L).

- Exhibit M: *In re Green Tree Fin. Corp. Stock Litig.*, No. 97-2666 (JRT/RLE), 2003 WL 23335196 (D. Minn. Dec. 18, 2003) (Tunheim, J.).

- Exhibit N: *In re Prudential-Bache Energy Income P'ships*, No. 888, 1994 WL 202394 (E.D. La. May 18, 1994).

- Exhibit O: *De Giamcomo v. Plains All Am. Pipeline*, No. Civ. A.H-99-4137, 2001 WL 34633373 (S.D. Fla. Dec. 19, 2001).

- Exhibit P: *Harris v. Union Electric Co.*, No. 80-0196C, 1985 WL 5817 (E.D. Mo. Sept. 30, 1985).

- Exhibit Q: *Nyman v. Investors Diversified Servs., Inc.*, No. Civ. 4-75-22, 1981 WL 1705 (D. Minn. Oct. 27, 1981).

- Exhibit R: *In re RJR Nabisco Sec. Litig.*, MDL No. 818 (MBM), 1992 WL 210138 (S.D.N.Y. Aug. 24, 1992).

- Exhibit S: *In re Aetna Sec. Litig.*, No. MDL 1219, 2001 WL 20928, at *14 (E.D. Pa. Jan. 4, 2001).

- Exhibit T: *Denney v. Jenkens & Gilchrist,* No. 03 Civ. 5460 (SAS), 2005 WL 388562, at *31 (S.D.N.Y. Feb. 18, 2005).

- Exhibit U: *In re New York City Shoes Sec. Litig.*, C.A. No. 87-4677, 1989 U.S. Dist. LEXIS 6346 at *14 (E.D. Pa. June 6, 1989).

- Exhibit V: *Harris v. Republic Airlines, Inc.*, No. 4-88-1076, 1991 WL 238992 (D. Minn. 1991).

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2005.

/s Jeffrey D. Bores_____
Jeffrey D. Bores