## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

In re Xcel Energy, Inc., Securities, Derivative &amp;
"ERISA" Litigation

Master File: Civil 02-2677 (DSD/FLN)
MDL No. 1511

This document relates to:

THE SECURITIES ACTIONS
(Numbers 02-2677, 02-2774, 02-2787, 02-2832,
02-2889, 02-2921, 02-2933, 02-3053, 02-3508, 02-
3574, 02-3715, 02-3755, and 02-3798)

## DECLARATION OF RICHARD W. SIMMONS RE: (A) MAILING OF SETTLEMENT NOTICE AND CLAIM FORM; AND (B) REPORT ON EXCLUSION REQUESTS RECEIVED

Richard W. Simmons, declares and states, under penalties of perjury, that the following is true and correct to the best of his knowledge, information, and belief:

1.      I submit this Declaration in order to provide the Court and the parties to the above-captioned litigation with information regarding the mailing of the Notice of Pendency of Class Action and Derivative Action, Proposed Settlements, Motions for Attorneys' Fees and Settlement Fairness Hearing (the "Settlement Notice") and the Proof of Claim Form and Release ("Claim Form").

2.      I am the President of Analytics, Incorporated, with offices at 18732 Lake Drive East, Chanhassen, Minnesota.  Analytics was appointed by order of this Court dated January 14, 2005 as Claims Administrator in this settlement.

## MAILING OF THE SETTLEMENT NOTICE AND PROOF OF CLAIM

3.     Analytics received from Jones Day electronic data files prepared by Wells Fargo containing transfer agent records identifying the names and addresses of shareholders who are potential class members in this settlement.

4.     On or before February 4, 2005 my staff imported this data into our claims administration systems.  My staff thereafter formatted and had printed the Settlement Notice and Claim Form.  These documents were then personalized, posted for first-class mail, and delivered on February 4, 2005 to the United States Post Office located in St. Louis Park, Minnesota for mailing to the shareholders and nominees identified on the mailing list.  Ninety-five thousand, five hundred and eighteen (95,518) copies of both the Notice and Claim Form were mailed.  Copies of the Notice and Claim Form as mailed are attached hereto as Exhibits A and B.  A copy of the statement of mailing is attached hereto as Exhibit C.

5.     Analytics has acted as a repository for shareholder inquiries and communications received in this action.  We have forwarded additional copies of the Settlement Notice and Claim Form to any individual shareholders and nominees who have requested additional copies.

6.     As of the date of this Declaration, Analytics has sent an additional [169,657] copies of the Settlement Notice and Claim Form individually or in bulk to individuals, nominees and institutions. As of the date of this Declaration, I am not aware of any individual shareholders or nominees who have failed, declined, or refused to either request additional Settlement Notices or to provide the names and addresses of class members.

2

7.    In the aggregate, Analytics has mailed a total of [265,175] copies of the Settlement Notice and Claim Form as of the date of this Declaration to potential Class Members.

8.    Analytics also caused a copy of the Settlement Notice and the Claim Form to be posted on the internet (http://www.xcelenergysettlement.com).

9.    Analytics also caused the Summary Notice of Pendency of Class Action and Derivative Action, Proposed Settlements, Motions for Attorneys' Fees and Settlement Fairness Hearing to be published in the national edition of The Wall Street Journal, Minneapolis Star Tribune, and the St. Paul Pioneer Press on February 10, 2005. Copies of the Affidavits of Publication are attached hereto as Exhibit D.

## REPORT ON EXCLUSION REQUESTS RECEIVED

9.    As also provided in the Settlement Notice, written requests for exclusion from the Class were required to be mailed by first class mail, postmarked no later than March 17, 2005 addressed to: In Re Xcel Energy, Inc. Securities, Derivative & "ERISA" Litigation, c/o Analytics Incorporated, Claims Administrator, Post Office Box 2007, Chanhassen, MN   55317-2007.   Analytics has monitored all mail that has been delivered to that Post Office Box.   As of the date of this Declaration, Analytics has received thirty-four (34) requests for exclusion.   A list of the names and addresses of persons requesting exclusion from the Class are attached as Exhibit E.

In accordance with 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed this 21st day of March, 2005.

Richard W. Simmons